IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

LEGAL RECOVERY ASSOCIATES LLC,

    Plaintiff,

v.

BRENES LAW GROUP, P.C.,
TROY A. BRENES,

    Defendants.

Civil Case No.

(Case No.: 1:22-cv-1778-ER-BCM
is pending in the Southern District of
New York)

---

### NON-PARTIES CALIFORNIA ATTORNEY LENDING, LLC, MEGAN PAYNE, AND STEVEN MINGLE'S NOTICE OF MOTION TO QUASH THIRD-PARTY SUBPOENAS

**PLEASE TAKE NOTICE** that non-parties California Attorney Lending, LLC ("CAL"), Megan Payne, and Steven Mingle (collectively the "Affected Non-Parties"), by and through their attorneys, hereby move, pursuant to Fed. R. Civ. P. 45, for an Order quashing the Third-Party Subpoenas issued by Plaintiff Legal Recovery Associates LLC ("LRA") in relation to certain litigation LRA pending in in the United States District Court for the Southern District of New York, Case No. 22-cv-1778-ER-BCM.

In support of this Motion, the Affected Non-Parties rely on the Declaration of Richard M. Scherer, Jr. dated June 9, 2023, with exhibits, Memorandum of Law dated June 9, 2023, and all prior pleadings and proceedings herein.

Pursuant to Local Rule 7(a), the Affected Non-Parties hereby inform the Court that they intend to file and serve reply papers in further support of this Motion.

1

Dated: June 9, 2023

        **LIPPES MATHIAS LLP**

        */s/ Richard M. Scherer, Jr.*
        Richard M. Scherer, Jr., Esq.
        50 Fountain Plaza, Suite 1700
        Buffalo, NY 14202
        P: 716-853-5100
        F: 716-853-5199
        E: rscherer@lippes.com

        *Attorneys for Non-Parties California Attorney Lending, LLC, Megan Payne, and Steven Mingle*